**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLIED WORLD SPECIALTY<br>INSURANCE COMPANY f/k/a DARWIN<br>NATIONAL ASSURANCE COMPANY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: _____ |
| | * | |
| BOZZUTO BUILDING COMPANY | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Bozzuto Building Company ("Bozzuto"), hereby removes to this Court the action captioned <u>Allied World Specialty Insur. Co. f/k/a Darwin National Assur. Co. v. Bozzuto Bldg. Co.</u>, Case No. 2015-CA-005912 B (the "Superior Court Action"), from the Superior Court of the District of Columbia.  This Court has jurisdiction based on the diversity of citizenship of the parties.  In support of this Notice of Removal, and reserving all rights, objections, defenses, and exceptions to the extent required, Defendants state:

## Background

1.     Plaintiff, Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company ("Allied"), commenced the Superior Court Action by filing a complaint (the "Complaint") against Bozzuto on August 4, 2015.  Five exhibits were attached to the Complaint.  A copy of the summons and Complaint with its Exhibits 1 through 5 are incorporated herein by reference and attached hereto as <u>Exhibit A</u>.  <u>See</u> 28 U.S.C. § 1446(a).

2.      On August 4, 2015, the Superior Court of the District of Columbia issued an Initial Order and Addendum (the "Notice"), a copy of which was served on Bozzuto on August 13, 2015.  A copy of the Notice is incorporated herein by reference and attached hereto as Exhibit B.

3.      Bozzuto was formally served with the summons, Complaint with Exhibits 1 through 5, and the Notice on August 13, 2015.  Bozzuto has not filed an answer or responsive pleading in the Superior Court Action.

4.      Pursuant to the Complaint, Allied seeks (i) monetary judgment in Allied's favor and against Bozzuto in the amount of $1,153,941.36 based on an alleged breach of contract relating to a construction project known as Petworth Safeway with Residences, located in Washington, D.C., or in the alternative, monetary judgment against Bozzuto in the amount of $1,153,941.36 based upon *quantum meruit*; (ii) monetary judgment in Allied's favor and against Bozzuto in the amount of $566,966.00 based on alleged breach of contract relating to a construction project known as Cathedral Commons, located in Washington, D.C., or in the alternative, monetary judgment against Bozzuto in the amount of $566,966.00 based upon *quantum meruit*; and (iii) assessment of pre-judgment and post-judgment interest, attorneys' fees, and costs against Bozzuto.

### Diversity of Citizenship Requirements are Satisfied

5.      28 U.S.C. § 1332(a) provides:

> The district courts [of the United States] shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States.

6.      The requirements for diversity jurisdiction are met here, as follows:

A.      the amount in controversy, exclusive of interest and costs, exceeds $75,000;

B.      Plaintiff Allied is incorporated under the laws of the State of Delaware, with its principal place of business located in the State of Connecticut.  See Exhibit A, Compl. ¶ 1;

C.      Defendant Bozzuto is a corporation organized under the laws of the State of Maryland, with its principal office located in the State of Maryland.  See Exhibit A, Compl. ¶ 2; and

D.      Defendant Bozzuto is not a citizen of the state in which the Superior Court Action has been brought.  See 28 U.S.C. § 1441(b).

## This Notice of Removal Is Timely

7.      28 U.S.C. § 1446(b) provides:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

8.      Defendant Bozzuto was served with the Complaint and summons in the Superior Court Action on August 13, 2015.

9.      This Notice of Removal is being filed within thirty (30) days after service of the Complaint.

## Venue is Proper in This Court

10.     Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court, as this is the district embracing the place where the Superior Court Action is pending.

**<u>Notice</u>**

11.     As required by 28 U.S.C. § 1446(d), the undersigned certifies that, promptly after this Notice of Removal is filed, written notice thereof shall be given to Allied, and a copy of this Notice of Removal shall be filed with the clerk of the state court in which the Superior Court Action is pending.

12.     The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after a reasonable inquiry, it is well grounded in fact, is warranted by existing law or an extension or modification of existing law, and is not interposed for any improper purposes.

WHEREFORE, removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia is proper under 28 U.S.C. §§ 1332, 1441 and 1446.

Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**

By:      /s/ Paul S. Caiola
Paul S. Caiola, Fed. Bar No.: MD23940
Anatoly Smolkin, [*pro hac vice*
      motion filed simultaneously]
218 North Charles Street, Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702
Facsimile: (410) 468-2786
E-mail: pcaiola@gejlaw.com

Dated: September 2, 2015

*Attorneys for Defendant Bozzuto*
*Building Company*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of September, 2015, a copy of the foregoing

Notice of Removal was mailed, first class postage prepaid, to

> Hanna Lee Blake, Esq.
> Watt, Tieder, Hoffar & Fitzgerald, LLP
> 8405 Greensboro Drive, Suite 100
> McLean, VA 22102
>
> *Attorney for Plaintiff Allied World*
> *Specialty Insurance Company*

_____
/s/
Paul S. Caiola