# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY *f/k/a* DARWIN NATIONAL ASSURANCE COMPANY<br><br>　　Plaintiff<br><br>　　　v.<br><br>BOZZUTO BUILDING COMPANY<br><br>　　Defendant | Civil Action No.: 1:15-cv-01438-TFH |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Allied World Specialty Insurance Company *f/k/a* Darwin National Insurance Company ("Allied World"), and Defendant, Bozzuto Building Company ("Bozzuto"), through their undersigned counsel, represent to the Court that they have reached a settlement of all claims and causes of action set forth in the above-captioned matter.

Pursuant to Rule 41 of the Federal Rules of Civil Procedure ("FRCP"), the parties hereby stipulate to the final dismissal of the above-captioned action, with prejudice, as to all parties and all causes of action. Further, it is agreed that each party shall bear its own attorney's fees and costs.

Dated: August 15, 2016

Respectfully submitted,

    /s/ Hanna Lee Blake
Hanna Lee Blake, DC Bar No. 992512
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
Telephone: (703) 749-1000
Facsimile: (703) 893-8029
hblake@watttieder.com

*Counsel for Plaintiff Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company*


    /s/ Paul S. Caiola
Paul S. Caiola, Fed. Bar No.: MD23940
Anatoly Smolkin, admitted *pro hac vice*
Gallagher Evelius & Jones LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702
Facsimile: (410) 468-2786
pcaiola@gejlaw.com
asmolkin@gejlaw.com

*Counsel for Defendant Bozzuto Building Company*